UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15 Commercial Mortgage Pass-Through Certificates, Series 2022-C15, acting by and through its special servicer, Rialto Capital Advisors, LLC

Plaintiff(s)

- v -

AEVRI SALINA MEADOWS LLC; MOSHE ROTHMAN; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; and JOHN DOE # 1    50, said John Doe defendants being fictitious and unknown to Plaintiff, it being intended to name all other parties who may have some interest in or lien upon the premises sought to be foreclosed,

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:23-cv-08824

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15 Commercial Mortgage Pass-Through Certificates, Series 2022-C15 (the "Trust") is a securitized mortgage trust that has elected to be treated as a real estate mortgage investment conduit under 26 U.S.C. §§ 860A et seq.  The Trust is owned by its registered certificate holders, has no parent company and does not issue stock to the public.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

There are no corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff Wilmington Trust, National Association, is a citizen of Delaware.

Defendant Aevri Salina Meadows LLC's sole member is Aevri Salina Meadows SPE LLC ("SPE").  The sole members of SPE are Aevri Salina Manager LLC ("Manager") and Aevri Salina Investors LLC ("Investors").  The sole member of Manager is Moshe Rothman.  The sole members of Investors are Kalman Rubinstein, Allen Azoulay, Hannah Gottesman, David Helfgott, Gavriel Herzig and Shenuel Friedman (collectively, the "Members").  A search of the public records has not revealed any Member with an address in Delaware.  Accordingly, while the Borrower may be a citizen of New York and various other states, upon information and belief the Borrower is not a citizen of Delaware.

Defendant Moshe Rothman is, upon information and belief, a citizen of New York.

Defendant New York State Department of Taxation and Finance is a citizen of New York.

10/10/23
Date

/s/ Brent W. Procida
Signature of Attorney

BP4586
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022