```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
WILMINGTON TRUST, NATIONAL ASSOCIATION,                          :
as Trustee for the benefit of the Registered Holders of          :
BBCMS Mortgage Trust 2022-C15 Commercial                         :
Mortgage Pass-Through Certificates, Series 2022 C-15,            :
acting by and through its special servicer, Rialto Capital       :
Advisors, LLC,                                                   :
                                                                 :
                           Plaintiff,                            :
                                                                 :
              -v-                                                :     23 Civ. 8824 (JPC)
                                                                 :
                                                                 :              ORDER
AEVRI SALINA MEADOWS LLC, et al.,                                :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's January 30, 2025, letter requesting leave to file a motion for summary judgment, Dkt. 52, and of Defendants' letter response dated February 4, 2025, Dkt. 53. Earlier today, the Court denied Defendants' motion to dismiss, concluding that the Court has jurisdiction over the action. Dkt. 54. Defendants shall file their Answer to the Complaint by February 19, 2025. *See* Fed. R. Civ. P. 12(a)(4)(A). Plaintiff may file its motion for summary judgment by March 19, 2025. Any opposition shall be filed by April 16, 2025, and any reply shall be filed by April 30, 2025.

SO ORDERED.

Dated: February 5, 2025
       New York, New York

                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge