# EXHIBIT 8

| | |
|---|---|
| **OCEAN COUNTY CLERK'S OFFICE**<br>**RECORDING DOCUMENT**<br>**COVER SHEET**<br><br>**SCOTT M. COLABELLA**<br>**OCEAN COUNTY CLERK**<br>P.O. BOX 2191<br>TOMS RIVER, NJ  08754-2191<br>(732) 929-2110<br>www.oceancountyclerk.com | INSTR # 2019042006<br>OR BK 17462 PG 1715<br>RECORDED 05/07/2019 09:11:17 AM<br>SCOTT M. COLABELLA, COUNTY CLERK<br>OCEAN COUNTY, NEW JERSEY<br><br>OFFICIAL USE ONLY |

| DATE OF DOCUMENT: *(Enter Date as follows:00/00/0000)* | |
|---|---|
| 05/02/2019 | |

| TYPE OF DOCUMENT: *(Select Doc Type from Drop-Down Box)* | |
|---|---|
| NOTICE OF SETTLEMENT | OFFICIAL USE ONLY - REALTY TRANSFER FEE |

| FIRST PARTY NAME: *(Enter Last Name, First Name)* | SECOND PARTY NAME: *(Enter Last Name, First Name)* |
|---|---|
| Eileen S Hurler | Friedman, Shmuel<br>Friedman, Rachel |

| ALL ADDITIONAL PARTIES: *(Enter Last Name, First Name)* | RETURN NAME AND ADDRESS: |
|---|---|
| United Wholesale Mortgage | Concord Title Agency, LLC<br>500 River Ave, Suite # 260<br>Lakewood, NJ  08701<br>Telephone: (732) 886-3103 Fax: (732) 886-3104 |

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

| Block: 171.07 | Lot: 14 |
|---|---|

| MUNICIPALITY: *(Select Municipality from Drop-Down Box)* | Toms River |
|---|---|

CONSIDERATION: $

MAILING ADDRESS OF GRANTEE: (Enter Street Address, Town, State, Zip Code)

| Street Address | 1414 East Maple Road | Town | Troy | State | MI | Zip | 48083 |
|---|---|---|---|---|---|---|---|

**THE FOLLOWING SECTION IS FOR**
**ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES,**
**SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

| ORIGINAL BOOK: | ORIGINAL PAGE: |
|---|---|
| 240 Cash CR *(handwritten)* | |

**OCEAN COUNTY CLERK'S OFFICE RECORDING DOCUMENT COVER SHEET**

Please do not detach this page from the original document as it
contains important recording information and is part of the permanent record.

*This is not an official document* *(watermark)*

# NOTICE OF SETTLEMENT

Name(s) and Address(es):

                         Seller(s) and/or Mortgagor(s)

**Eileen S Hurler, 1942 White Knoll Dr, Toms River, NJ 08755-1736**

- and -

Name(s) and Address(es):

                         Purchaser(s) and/or Mortgagor(s)

**Shmuel Friedman, , ,**
**Rachel Friedman, , ,**

about to reside at:

**1942 White Knoll Dr, Township of Toms River, County of OCEAN, State of NEW JERSEY**

- and -

Name and Address(es):

                         Mortgagee

**United Wholesale Mortgage, ISAOA ATIMA**
**1414 East Maple Road**
**Troy, MI 48083**

NOTICE is hereby given of a Contract of Sale and/or Mortgage Commitment between the parties hereto.

THE land to be affected are commonly known as **1942 White Knoll Dr**, Tax Lot: **14**, Tax Block **171.07**; in the **Township of Toms River, County of OCEAN, State of NEW JERSEY**.

PREPARED BY:

_____
**Moshe Levitansky**
Agent for  **Concord Title Agency, LLC**
Address:  **500 River Ave, Suite # 260**
              **Lakewood, NJ 08701**

STATE OF: NJ

COUNTY OF: OCEAN

BE IT REMEMBERED, that on the **May 02, 2019**, before me the subscriber, personally appeared, **Moshe Levitansky**, who I am satisfied is the person named in and who executed the within instrument, and thereupon he/she acknowledge that he/she signed and sealed and delivered the same as his/her own act and deed for the uses and purposes therein expressed.

_____   SARA OBSTFELD
A Notary Public of **INSERT**            NOTARY PUBLIC OF NEW JERSEY
My Commission Expires **INSERT**       My Commission Expires May 5, 2021

---

Notice of Settlement – Three Party w/Notary   - 1 -   CMS Form No. NJ-C26