# EXHIBIT 7

## Sanderson, Joseph

| | |
|---|---|
| **From:** | Kritzer, Nate |
| **Sent:** | Friday, April 4, 2025 2:32 PM |
| **To:** | Procida, Brent W. |
| **Cc:** | Sanderson, Joseph |
| **Subject:** | RE: Plaintiff's delays in providing discovery |

Brent,

Please send dates for Mr. Strickland immediately. We have been asking for well over a week now and you have refused to give us a single date of availability, instead choosing to make a meritless request for a stay of discovery that ignored the Magistrate Judge's prior order. If you cannot give us a mutually workable date in short order, we will take a non-appearance on April 10 and move for sanctions, including but not limited to negative inferences against your client on its summary judgment motion.

We will send notices for the Rule 30(b)(6) depositions shortly. Since you have not given us a dates, we will choose dates convenient for us.

It also goes without saying that we reserve all rights under Rule 56(d) (and otherwise) for any failure to produce your own witnesses for deposition in the very limited amount of time we have to take discovery before our summary judgment opposition is due.

We remain open to conducting discovery followed by summary judgment briefing in a reasonably paced and orderly fashion (which you have refused to agree to do), or to engaging in mediation.

Regards,

Nate

---

**From:** Procida, Brent W. <BWProcida@Venable.com>
**Sent:** Friday, April 4, 2025 1:43 PM
**To:** Kritzer, Nate <nkritzer@steptoe.com>
**Cc:** Sanderson, Joseph <josanderson@steptoe.com>
**Subject:** [EXTERNAL] Friday Salina Housekeeping

Nate,

Strickland is not available on April 10th, but we will work with you to find a mutually acceptable date, preferably after I get you the documents, which I am actively collecting and reviewing.

Concerning the 30(b)(6) designees, do you have topics?

We do not represent William Colucci and I am not authorized to accept service on his behalf.

Lastly, please see the attached discovery requests for the Borrower and Mr. Rothman.

I'll send you a separate email with some questions about possible mediation.

1

**Brent W. Procida, Esq. | Venable LLP**
t 410.244.7862 | f 410.244.7742
750 E. Pratt Street, Suite 900, Baltimore, MD 21202

BWProcida@Venable.com | www.Venable.com

**From:** Kritzer, Nate <nkritzer@steptoe.com>
**Sent:** Wednesday, April 2, 2025 9:46 AM
**To:** Procida, Brent W. <BWProcida@Venable.com>
**Cc:** Sanderson, Joseph <josanderson@steptoe.com>
**Subject:** RE: Notice of deposition

**Caution: External Email**

Brent,

Please confirm these dates and let us know dates for your Rule 30(b)(6) deponents. Please also confirm that responsive documents will be produced sufficiently in advance of these depositions to allow us time to review. We reserve the right to re-take depositions if you fail to produce responsive documents beforehand.

Regards,

Nate

**Nathaniel J. Kritzer**
Partner

**Steptoe**

Steptoe LLP | 1114 Avenue of the Americas | New York, NY 10036
+1 212 378 7535 direct | +1 347 479 7087 mobile | nkritzer@steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Kritzer, Nate
**Sent:** Thursday, March 27, 2025 10:51 AM
**To:** 'Procida, Brent W.' <BWProcida@Venable.com>
**Cc:** Sanderson, Joseph <josanderson@steptoe.com>
**Subject:** Notice of deposition

Brent,

Please see the attached notices of deposition.

**Nathaniel J. Kritzer**
Partner

**Steptoe**

Steptoe LLP | 1114 Avenue of the Americas | New York, NY 10036
+1 212 378 7535 direct | +1 347 479 7087 mobile | nkritzer@steptoe.com | www.steptoe.com | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

```
********************************************************************
**************
This electronic mail transmission may contain confidential or privileged
information. If
you believe you have received this message in error, please notify the
sender by reply
transmission and delete the message without copying or disclosing it.
********************************************************************
**************
```