

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

April 9, 2025

t 410.244.7862
f 410.244.7742
BWProcida@Venable.com

**VIA Email**
nkritzer@steptoe.com

Nathaniel Kritzer
Steptoe, LLP
1114 Avenue of the Americas
New York, New York  10036

  Re: Wilmington Trust, National Association, as Trustee v. Aevri Salina Meadows, LLC et al., 23 Civ. 8824 (JPC)

Nate:

  I write in response to your email dated April 4, 2025 concerning discovery.  First, we cannot identify 30(b)(6) deponents without topics.  Once you have provided topics, we will identify deponents and work with you to determine mutually convenient dates for deposition.  Second, concerning the deposition of Michael Strickland, as I have indicated by email neither Mr. Strickland nor I are available on April 10, 2025, and your unilateral selection of that date is inconsistent with a cooperative discovery process.

  We have not yet provided dates for Mr. Strickland's deposition because we are still in the process of collecting and reviewing documents in response to your voluminous requests for production.  There is little point in conducting this deposition when the parties have not yet exchanged documents and your announced intention to use a premature deposition as a pretext to depose Mr. Strickland twice is unreasonable.  April 10th is prior to the deadline for written responses to your requests for production, to say nothing of the production itself.

  At this time, we anticipate providing written responses on April 14, 2025, and commencing a rolling production shortly thereafter, which should be completed in May.  Following our exchange of documents, we will gladly produce all deponents and seek to depose Mr. Rothman on mutually convenient dates in June.  If you would like to propose placeholder dates in June, we can put those on the calendar to insure availability.

        Very truly yours,

        *Brent W Procida*

        Brent W. Procida

66479922