```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilmington Trust, N.A.,

           Plaintiff,

-v-

Aevri Salina Meadows LLC, et al.,

           Defendants.

**ORDER**

23-CV-8824 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In their joint status report dated April 21, 2025, ECF No. 75, the parties expressed interest in a settlement conference or mediation referral.

A conference is scheduled on **April 30, 2025,** at **11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 151 888 466#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 22, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge