```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilmington Trust, N.A.,

                Plaintiff,

   -v-

Aevri Salina Meadows LLC, et al.,

               Defendants.

**ORDER**

23-CV-8824 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A telephone conference was held on April 30, 2025, to discuss options for settlement, during which the parties expressed interest in exploring private mediation.

    A status conference is scheduled on **May 14, 2025,** at **2:30 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 173 550 289#).

    Alternatively, the parties may instead file a joint status report regarding the status, but not the substance, of the parties' settlement efforts in advance of that date.

**SO ORDERED.**

Dated: April 30, 2025
       New York, New York

                                                    Henry J. Ricardo
                                                    United States Magistrate Judge