**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15 Commercial Mortgage Pass-Through Certificates, Series 2022-C15, acting by and through its special servicer, Rialto Capital Advisors, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AEVRI SALINA MEADOWS LLC; HAWTHORNE PROPERTY SERVICES, LLC; and MOSHE ROTHMAN, <br><br> Defendants. | Case No.: 1:23-cv-08824 <br><br> Hon. John P. Cronan <br><br> **DECLARATION OF MICHAEL STRICKLAND** |

I, Michael Strickland, hereby declare as follows:[1]

1. The Loan Documents attached to the Complaint and the Motion were delivered to the Plaintiff pursuant to the terms of a (i) Mortgage Loan Purchase Agreement dated April 13, 2022 ("MLPA") between Bank of Montreal as Seller and Barclays Commercial Mortgage Services, LLC ("Barclays") as Purchaser; and (ii) a Pooling and Servicing Agreement dated April 1, 2013 ("PSA") among various parties including Barclays as Depositor, Wilmington Trust, N.A. as Trustee and Rialto as Special Servicer.

2. The MLPA and PSA are both public records on file with the Securities and Exchange Commission and available over the internet. The MLPA is available at: https://www.sec.gov/Archives/edgar/data/1913593/000153949722000822/exh99-2mlpabmo.htm

---

[1] Capitalized terms not otherwise defined shall have the meanings given to them in the Motion.

The PSA is available at:

https://www.sec.gov/Archives/edgar/data/1913593/000153949722000822/exh4-1c15psa.htm.

3. The PSA and MLPA both specifically list the Loan to Aevri Salina Meadows, LLC among the loans assigned to the Plaintiff. *See, e.g.* MLPA, Ex. A-1; PSA Ex. B-1. Further, the MLPA contains a specific representation and warranty that each loan subject to the agreement contains a guaranty. MLPA at Ex. C, p. 11.

4. Pursuant to these contracts, BMO was required to deliver the entire "Loan File" to the Plaintiff and is contractually obligated to repurchase any Loan for which the File is inaccurate or incomplete. *See* PSA § 2.03.

5. Under the PSA, as the servicers are charged with responsibility for servicing the loans assigned to the Plaintiff, and Rialto is vested with "full power and authority" to take any action it deems necessary or advisable to discharge its obligations as Special Servicer. PSA § 3.01(b).

6. In the course of performing its duties as Special Servicer, Rialto creates, receives, and maintains records, including the exhibits attached to the Complaint and the Motion, in the regular course of the Special Servicer's business activities on behalf of the Plaintiff.

7. The Loan Documents and other records obtained from BMO are incorporated into Rialto's records and relied upon by Rialto in performing is duties as Special Servicer.

8. Based upon my personal knowledge and my review of the records maintained in connection with this Loan, the Plaintiff has been in physical possession of the Note with the Allonge firmly affixed to it by staple at all times during this case.

9.  Attached hereto as <u>Exhibit 1</u> is a true and complete copy of an opinion letter from Mordechai Book concerning a loan made by Citi Real Estate Funding, Inc. ("Citi") to Aevri Arlington Green, LLC that closed the day after the Loan in this case. This letter is included in the closing file for Aevri Salina Meadows LLC, along with the opinion letter at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 6th, 2025.

_____
Michael Strickland