USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilmington Trust, N.A.,

            Plaintiff,

-v-

Aevri Salina Meadows LLC, et al.,

            Defendants.

**ORDER**

23-CV-8824 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A telephone conference was held on May 14, 2025, to discuss the status of the parties' settlement efforts. The parties indicated that they are in the process of scheduling a private mediation in August 2025.

Accordingly, by **August 21, 2025**, the parties are directed to file a joint status report addressing the status, but not the substance, of the parties' settlement efforts.

**SO ORDERED.**

Dated: May 14, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge