

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500   **F** 212.307.5598   www.Venable.com

June 27, 2025

**Adam G. Possidente**
**t** 212.370.6282
**f** 212.307.5598
AGPossidente@Venable.com

**VIA ECF**

Hon. Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    Wilmington Trust, National Association v. Aevri Salina Meadows LLC et al., Case No. 1:23-cv-08824-JPC-JLC

Dear Judge Cronan:

    This office represents the Plaintiff in the above-referenced case.  We write jointly with counsel for Defendants pursuant to Your Honor's Individual Rules 1.A and 3.B to request that the Court (1) extend the current July 7, 2025 deadline to complete depositions (and all discovery) to August 15, 2025; (2) extend the current deadlines to file opposition and reply papers to Defendants' motion for sanctions—July 3, 2025, and July 18, 2025, respectively—to August 15, 2025 and September 3, 2025, respectively; and (3) provided that Mr. Strickland's deposition occurs on or before August 1, confirm that Plaintiffs may file their sur-reply on summary judgment on August 15, as contemplated by this Court's May 15, 2025 Minute Entry.

    The parties jointly request these extensions due to various scheduling issues between the parties and deponents, as well as the press of other matters and related scheduling conflicts. Specifically, the parties are working cooperatively to schedule the depositions of Michael Strickland and Moshe Rothman, but have been unable to find workable dates before the current July 7 deadline.  Given the aforementioned challenges in scheduling these depositions, the parties respectfully submit that adjourning the remaining briefing until after those depositions are complete is the most efficient path forward. Counsel for Defendants advise that they have also recently completed a three-week trial, further necessitating this extension.  This is parties' first request for an extension of these deadlines.  Counsel for Defendants join in this request.

    Respectfully submitted,

    */s/ Adam G. Possidente*

    Adam G. Possidente

cc:    All counsel of record (via ECF)

The request is granted. The deadline to complete depositions, and all discovery, is extended to August 15, 2025; the deadlines to file opposition and reply papers to Defendants' motion for sanctions is extended to August 18, 2025, and September 3, 2025, respectively; and Plaintiffs may file a sur-reply on summary judgment by August 15, 2025, provided that Mr. Strickland's deposition occurs by August 1, 2025.

SO ORDERED
June 30, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge