```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, N.A.,

                Plaintiff,

-v-

AEVRI SALINA MEADOWS LLC, ET AL.,

                Defendants.

**ORDER**

23-CV-8824 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' November 17, 2025 joint status report. ECF No. 114. All fact discovery shall be completed by **December 8, 2025**.

The parties are reminded of their obligation under paragraph 11 of the Case Management Plan, ECF No. 59, to meet in person within 14 days of the close of fact discovery, *i.e.*, by December 22, 2025, to discuss settlement of this action. Pursuant to paragraph 12 of the Case Management Plan, unless otherwise ordered by Judge Cronan, any dispositive motions by defendants are due within 30 days of the close of fact discovery, *i.e.*, by January 7, 2026, and a joint pretrial order is due within 30 days of Judge Cronan's decision on any summary judgment motions (one of which is currently pending at ECF No. 60).

**SO ORDERED.**

Dated: November 18, 2025
      New York, New York

                                                    _____
                                                    Henry J. Ricardo
                                                    United States Magistrate Judge