UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                  :

WILMINGTON TRUST, NATIONAL ASSOCIATION,  :
as Trustee for the benefit of the Registered Holders of  :
BBCMS Mortgage Trust 2022-C15 Commercial  :
Mortgage Pass-Through Certificates, Series 2022 C-15,  :
acting by and through its special servicer, Rialto Capital  :
Advisors, LLC,  :
  :
                       Plaintiff,  :
  :
           -v-  :        23 Civ. 8824 (JPC)
  :
  :          ORDER
  :
AEVRI SALINA MEADOWS LLC, *et al.*,  :
  :
            Defendants.  :
  :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on December 17, 2025, at 2:00 p.m., to discuss Defendants' December 3, 2025 letter requesting leave to file a motion for summary judgment, Dkt. 116, and Plaintiff's letter response dated December 8, 2025, Dkt. 120. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. By December 12, 2025, counsel for all parties should file a joint letter stating their positions on what additional discovery is necessary to resolve whether all parties to this action are diverse and their views on a schedule for such additional discovery.

        SO ORDERED.

Dated: December 9, 2025
      New York, New York                          _____
                                            JOHN P. CRONAN
                                    United States District Judge