Nathaniel J. Kritzer
212 378 7535
nkritzer@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



December 10, 2025

**<u>VIA ECF</u>**

The request to adjourn the conference is granted. The conference scheduled fir December 17, 2025 is adjourned until January 5, 2026, at 2:00 p.m. The Clerk of Court is respectfully directed to close Dkt. 122.

Hon. Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED
December 10, 2025

JOHN P. CRONAN
United States District Judge

Re:    *Wilmington Trust, National Association v. Aevri Salina Meadows LLC et al.*, Case No. 1:23-cv-08824-JPC-HJR

Dear Judge Cronan:

I write on behalf of Defendants Aevri Salina Meadows LLC and Moshe Rothman, pursuant to Rules 1.A and 3.B of Your Honor's Individual Rules and Practices for Civil Cases. Specifically, I write to request that the Court reschedule the December 17, 2025, conference on Defendants' request for leave to file a motion for summary judgment because counsel has a previously-scheduled deposition in Nevada on that date. Counsel for Plaintiff does not oppose this request. Both parties are available for a conference on December 22, 2025, should that date work for the Court.

Sincerely,

/s/ Nathaniel J. Kritzer

Nathaniel J. Kritzer