UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

WILMINGTON TRUST, NATIONAL ASSOCIATION,  :
as Trustee for the benefit of the Registered Holders of  :
BBCMS Mortgage Trust 2022-C15 Commercial  :
Mortgage Pass-Through Certificates, Series 2022 C-15,  :
acting by and through its special servicer, Rialto Capital  :
Advisors, LLC,

                        :

               Plaintiff,      :

                        :

        -v-               :        23 Civ. 8824 (JPC)

                        :

                        :        <u>ORDER</u>

AEVRI SALINA MEADOWS LLC, *et al.*,      :

                        :

             Defendants.    :

                        :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at yesterday's conference, the Court denies Plaintiff's summary judgment motion, Dkt. 60, without prejudice to refiling at a later date to be set by the Court; denies Defendants' motion for sanctions, Dkt. 94; and denies without prejudice Plaintiff's request for leave to file a motion for sanctions, Dkt. 125. The Court also respectfully directs the Clerk of Court to terminate the New York State Department of Taxation and Finance as a Defendant in the caption of the case.

By January 26, 2026, the parties are ordered to meet and confer and file a status letter with their views as to next steps in this case, including the timing and scope of any additional jurisdictional discovery. In that status letter, Defendants also shall indicate whether they will be submitting a supplemental declaration from Shmuel Friedman.

The Clerk of Court is respectfully directed to close Docket Numbers 60 and 94.

SO ORDERED.

Dated: January 6, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge