UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
WILMINGTON TRUST, NATIONAL ASSOCIATION,   :
as Trustee for the benefit of the Registered Holders of   :
BBCMS Mortgage Trust 2022-C15 Commercial   :
Mortgage Pass-Through Certificates, Series 2022 C-15,   :
acting by and through its special servicer, Rialto Capital   :
Advisors, LLC,   :
:
Plaintiff,   :
:
-v-   :       23 Civ. 8824 (JPC)
:
:       ORDER
:
AEVRI SALINA MEADOWS LLC, *et al.*,   :
:
Defendants.   :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on March 3, 2026, at 10:00 a.m. to discuss Plaintiff's premotion letter, Dkt. 133, and Defendants' letter response, Dkt. 134. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: February 20, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge