Nathaniel J. Kritzer
212 378 7535
nkritzer@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



February 24, 2026

**<u>VIA ECF</u>**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 12D
New York, NY 10007

   Re: *Wilmington Trust, National Association v. Aevri Salina Meadows LLC et al*, Case
     No. 1:23-cv-08824-JPC-HJR
     **Consent Request for Continuance of March 3, 2026 Conference**

Dear Judge Cronan:

  We write on behalf of Defendants Aevri Salina Meadows LLC and Moshe Rothman to
respectfully request a continuance of the conference presently scheduled for March 3, 2026 to
either March 5 or March 6, 2026. We make this request because March 3, 2026 is the Jewish
holiday of Purim, and Mr. Rothman will accordingly be unavailable due to religious obligations.
Plaintiff consents to this request.

The request is granted.  The conference scheduled for March 3, 2026, is adjourned until March 6, 2026, at 10:00 a.m.  The Clerk of Court is respectfully directed to close Dkt. 136.

SO ORDERED
February 26, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/ Nathaniel Kritzer

Nathaniel J. Kritzer