Nathaniel J. Kritzer
212 378 7535
nkritzer@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



March 30, 2026

**<u>VIA ECF</u>**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 12D
New York, NY 10007

> Re:  *Wilmington Trust, National Association v. Aevri Salina Meadows LLC et al*, Case No. 1:23-cv-08824-JPC-HJR
> **Consent Letter Motion for Extension of Time to File Summary Judgment Motions**

Dear Judge Cronan:

We write on behalf of Defendants Aevri Salina Meadows LLC and Moshe Rothman, with the consent of Plaintiff Wilmington Trust, N.A., to respectfully request a two-week extension of deadlines for renewed summary judgment motions, which are currently due on April 1.

We make this request principally to allow time for continuing discussions of settlement between the parties, which are ongoing at a principal-to-principal level, as well as in light of counsel's and parties' travel and other obligations in connection with the upcoming Passover and Easter holidays.

This is the first request for an extension of time for renewed motions for summary judgment.

Accordingly, we respectfully request that the Court enter the following schedule for renewed motions for summary judgment:

> **April 15:** **Deadline for Summary Judgment Motions**
>
> **May 13:** **Summary Judgment Oppositions**
>
> **May 27:** **Summary Judgment Replies**

Steptoe

Hon. John P. Cronan, U.S.D.J.
March 30, 2026
Page 2

Respectfully submitted,

/s/ Nathaniel Kritzer

Nathaniel J. Kritzer

The request is granted.  Summary judgment motions are due by April 15, 2026, oppositions are due May 13, 2026, and replies are due May 27, 2026.  The Clerk of Court is respectfully directed to close Dkt. 128.

SO ORDERED

April 1, 2026

JOHN P. CRONAN
United States District Judge