VENABLE LLP

151 WEST 42ND STREET 49TH FLOOR NEW YORK, NY 10036
T 212.307.5500 F 212.307.5598 www.Venable.com

September 3, 2026

The parties should file a joint status letter by September 11, 2026. In the status letter, the parties should indicate whether a referral to the Honorable Henry J. Ricardo would be productive.

SO ORDERED
September 4, 2026

JOHN P. CRONAN
United States District Judge

**Via ECF**
Hon. Judge John P. Cronan
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: Wilmington Trust, National Association v. Aevri Salina Meadows LLC et al., Case No. 1:23-cv-08824-JPC-JLC

Dear Judge Cronan:

Pursuant to the Court's Order dated August 3, 2026 [ECF No. 149], Plaintiff Wilmington Trust, National Association, as Trustee, for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15, Commercial Mortgage Pass-Through Certificates Series 2022-C15, acting by and through its special servicer, Rialto Capital Advisors LLC, ("Plaintiff") and Defendants Aevri Salina Meadows LLC and Moshe Rothman ("Defendants") respectfully submit this joint status letter and advise the court as follows:

Settlement negotiations have concluded without a resolution. Plaintiff intends to proceed with litigation. The parties jointly request that the Court allow the parties to update the Court with their respective positions regarding next steps in this proceeding via letter on or before September 11, 2026.

Please do not hesitate to contact the parties with any questions that you may have.

By: *<u>/s/ Adam G. Possidente</u>*
Adam G. Possidente
151 West 42nd Street
New York, New York 10036
Telephone: (212) 307-5500
Fax: (212) 307-5598
agpossidente@venable.com

*Attorneys for Plaintiff*

By: */s/ Nathaniel J. Kritzer*
Nathaniel J. Kritzer
Steptoe LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 378-7535
Email: nkritzer@steptoe.com

*Attorney for Defendants Aevri Salina Meadows LLC and Moshe Rothman*

cc: Counsel of Record (via ECF)