UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15 Commercial Mortgage Pass-Through Certificates, Series 2022 C-15, acting by and through its special servicer, Rialto Capital Advisors, LLC,

Plaintiff,

-v-

AEVRI SALINA MEADOWS LLC, *et al.*,

Defendants.

---------------------------------------------------------------------X

23 Civ. 8824 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on October 1, 2026, at 3:00 p.m., to discuss the Parties' September 11, 2026 Joint Letter, Dkt. 152, and next steps in this case. The conference will be held in Courtroom 14C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge