UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the benefit of the Registered Holders of BBCMS Mortgage Trust 2022-C15 Commercial Mortgage Pass-Through Certificates, Series 2022 C-15, acting by and through its special servicer, Rialto Capital Advisors, LLC,

Plaintiff,

-v-

AEVRI SALINA MEADOWS LLC, *et al.*,

Defendants.

---

23 Civ. 8824 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 23, 2026, the Court scheduled a conference to discuss the Parties' September 11, 2026 Joint Letter, Dkt. 152. The Court now adjourns that hearing from October 1, 2026 at 3:00 p.m., to October 2, 2026, at 10:00 a.m., in Courtroom 14C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge